# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MANDY SCALES and MANUEL ARGUELLES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )     Case No.: 1:23-cv-00176-SMD ) |
| WILLIAM HENRY SHARPE III and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, Mandy Scales and Manuel Arguelles, (collectively hereinafter "Plaintiffs") and Defendants William Henry Sharpe III and Keystone Automotive Industries, Inc. (collectively hereinafter "Defendants"), by and through their respective counsel, jointly stipulate to the dismissal, with prejudice, of all claims brought by Plaintiffs against Defendants in this action, with each party to bear its own costs and attorney's fees.

Dated: May 8, 2024

*/s/ Anna Saunders*
DAVID B. HALL (asb-2500-a60d)
ANNA SAUNDERS (asb-2747-i00t)
*Attorneys William Henry Sharpe, III and Keystone Automotive Industries, Inc.*

**OF COUNSEL:**
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP
1500 Urban Center Drive, Ste. 450
Birmingham, AL 35242
(205) 709-8990 Main
(205) 709-8979 Fax
David.hall@wilsonelser.com
Anna.saunders@wilsonelser.com


*/s/ J. Farrest Taylor*
J. FARREST TAYLOR
TAYLOR LAW GROUP, LLC
509 South Saint Andrews Street
Dothan, Alabama 36301
Telephone: (334) 350-3855
Facsimilie: (833) 228-5646
ftaylor@taylawgroup.com
*Attorney for Plaintiffs*

296682930v.1