IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MANDY SCALES and <br> MANUEL ARGUELLES, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM HENRY SHARPE III <br> and KEYSTONE AUTOMOTIVE <br> INDUSTRIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:23-cv-176-SMD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **FINAL JUDGMENT**

Upon consideration of the parties' joint stipulation of dismissal (Doc. 28), it is the order, judgment, and decree of the Court that this case is DISMISSED WITH PREJUDICE and that each party shall bear its own costs and attorney's fees.[1] The Clerk of Court is DIRECTED to docket this filing as a final judgment under Federal Rule of Civil Procedure 58.

DONE this 9th day of May, 2024.

_____
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE

---

[1] Under 28 U.S.C. § 636(c), the parties have consented to the undersigned conducting all proceedings and entering final judgment in this case. Pl.'s Consent (Doc. 10) p. 1; Def.'s Consent (Doc. 9) p. 1.